1  STEPHANIE M. HINDS (CABN 149604)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  JONATHAN U. LEE (CABN 148792)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, California 94612
        Telephone: (510) 637-3680
7       FAX: (510) 637-3724
        Jonathan.Lee@usdoj.gov
8

9  Attorneys for United States of America

10                  UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                          OAKLAND DIVISION

13  IN THE MATTER OF THE CRIMINAL        )   NO: 4:21-mj-71116-MAG
    COMPLAINT IN U.S. v. DONALD STEPHEN  )
14  KYLE AND ARREST WARRANT              )
                                         )   MOTION TO SEAL AND
15                                       )   ~~PROPOSED~~ SEALING ORDER
                                         )   ~~(UNDER SEAL)~~
16                                       )
                                         )
17                                       )
                                         )
18  _____)

**FILED**

Jul 02 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---

**MOTION TO SEAL AND ~~PROPOSED~~ SEALING ORDER**

1

The United States respectfully moves this Court to seal this Motion, any Order ruling on this Motion, the United States' Criminal Complaint in U.S. v. DONALD STEPHEN KYLE, the Arrest Warrant thereon, and any other related paperwork in the above-referenced matter until further Order of this Court. The United States seeks this sealing order to avoid prematurely revealing an ongoing criminal investigation, guard against fugitives, and better ensure the safety of agents and others.

The United States also requests that, notwithstanding any sealing order, the Clerk of the Court be required to give copies of the sealed documents to employees of the United States Attorney's Office, and that they be permitted to serve working copies on the Federal Bureau of Investigation Special Agents, Task Force Officers, and other investigative and law enforcement officers of the United States, federally deputized state and local law enforcement officers, and other government and contract personnel acting under the supervision of such investigative or law enforcement officers as necessary to effectuate the Court's Order.

DATED: July 1, 2021

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

/s/ Jonathan U. Lee
JONATHAN U. LEE
Assistant United States Attorney

MOTION TO SEAL AND ~~PROPOSED~~ SEALING ORDER

2

**SEALING ORDER**

FOR GOOD CAUSE SHOWN, it is hereby ordered that the Motion to Seal, this Order, the United States' Criminal Complaint in U.S. v. DONALD STEPHEN KYLE, the Arrest Warrant thereon, and any other related paperwork in the above-referenced matter until further Order of this Court. and all other related paperwork in the above-referenced matter be filed under seal until further Order of this Court. Endorsed filed copies shall be provided to the United States Attorney's Office, and they are permitted to serve working copies on Federal Bureau of Investigation Special Agents, Task Force Officers, and other investigative and law enforcement officers of the United States, federally deputized state and local law enforcement officers, and other government and contract personnel acting under the supervision of such investigative or law enforcement officers as necessary to effectuate the Court's Order.

IT IS SO ORDERED.

DATED: July 2nd, 2021

_____
HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge

MOTION TO SEAL AND ~~PROPOSED~~ SEALING ORDER

3