AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT

☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

## OFFENSE CHARGED

18 U.S.C. Section 2252(a)(4)(B) - Possession of Child Pornography

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: Maximum Prison Term of 20 years; Maximum Fine of $250,000; Maximum Term of Supervised Release of Life; Minimum Term of Supervised Release of 5 years; Special Assessments of $100 (mandatory), $5,000 per 18 USC § 3014(a), and up to $17,000 under 18 USC § 2259A; Forfeiture; Potential Restitution

---

**DEFENDANT - U.S**

▶ DONALD STEPHEN KYLE

DISTRICT COURT NUMBER

4:21-cr-00370-JST

### FILED

Sep 20 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

FBI Special Agent Meredith Sparano Stanger

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. ATTORNEY  ☐ DEFENSE

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} MAGISTRATE CASE NO.

4:21-mj-71116

Name and Office of Person Furnishing Information on this form    Stephanie M. Hinds

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    Jonathan U. Lee

---

## DEFENDANT

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)

   Northern District of California

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction  } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges

   If answer to (6) is "Yes", show name of institution

   _____

Has detainer been filed?   ☐ Yes  } If "Yes" give date filed
                            ☐ No

**DATE OF ARREST** ▶    Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶    Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT

Bail Amount: _____

If Summons, complete following:

☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time: _____    Before Judge: _____

Comments:

1   STEPHANIE M. HINDS (CABN 154284)
    Acting United States Attorney
2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         OAKLAND DIVISION

11  UNITED STATES OF AMERICA,            )   CASE NO.   4:21-cr-00370-JST
                                         )
12          Plaintiff,                   )   VIOLATIONS:
                                         )   18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) – Possession
13      v.                               )   of Child Pornography;
                                         )   18 U.S.C. §  2253 – Criminal Forfeiture
14  DONALD STEPHEN KYLE,                 )
                                         )
15          Defendant.                   )
                                         )
16  _____ )

17                        I N F O R M A T I O N

18  The United States Attorney charges:

19  COUNT ONE:          (18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) – Possession of Child Pornography)

20      1.  On or about July 1, 2020, in the Northern District of California, the defendant,

21                          DONALD STEPHEN KYLE,

22  did knowingly possess matter which contained at least one visual depiction that had been shipped and

23  transported using a means and facility of interstate and foreign commerce, and in and affecting interstate

24  and foreign commerce, the production of which visual depiction involved the use of a prepubescent

25  minor engaging in sexually explicit conduct, and which visual depiction was of such conduct, in

26  violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

27  FORFEITURE ALLEGATION:          (18 U.S.C. § 2253 - Criminal Forfeiture)

28      2.  Pursuant to Title 18, United States Code, Section 2253, upon conviction of the offense alleged in

INFORMATION

**FILED**

Sep 20 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1    Count One, the defendant,

2                                    DONALD STEPHEN KYLE,

3    shall forfeit to the United States of America:

4              a.   Apple iPhone 8, IMEI 354893092088624;

5              b.   HTC ARD6400 cell phone, IMSI 311480004764962;

6              c.   160GB Seagate hard drive S/N: 9RXG17J2; and

7              d.   160GB Seagate hard drive S/N: 3LJ24H12.

8        3.   If any of the property described above, as a result of any act or omission of the defendant:

9              a.  cannot be located upon the exercise of due diligence;

10             b.  has been transferred or sold to, or deposited with, a third party;

11             c.  has been placed beyond the jurisdiction of the court;

12             d.  has been substantially diminished in value; or

13             e.  has been commingled with other property which cannot be divided without difficulty,

14   the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21,

15   United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

16        All in violation of Title 18, United States Code, Section 2253, Title 21, United States Code,

17   Section 853, and Federal Rule of Criminal Procedure 32.2.

18   DATED: _____                              STEPHANIE M. HINDS
                                                 Acting United States Attorney
19

20                                               *Jonathan U. Lee*

21                                               JONATHAN U. LEE
                                                 Assistant United States Attorney
22

23

24

25

26

27

28