# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**FILED**

Sep 20 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## CRIMINAL COVER SHEET

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

**CASE NAME:** USA v. DONALD STEPHANE KYLE

**CASE NUMBER:** CR 4:21-cr-00370-JST

| | | |
|---|---|---|
| **Is This Case Under Seal?** | Yes | No ✔ |
| **Total Number of Defendants:** | 1 ✔    2-7 | 8 or more |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes | No ✔ |
| **Venue (Per Crim. L.R. 18-1):** | SF    OAK ✔ | SJ |
| **Is this a potential high-cost case?** | Yes | No ✔ |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes | No ✔ |
| **Is this a RICO Act gang case?** | Yes | No ✔ |

**Assigned AUSA (Lead Attorney):** Jonathan U. Lee

**Date Submitted:** 9/20/2021

**Comments:**

Criminal Complaint #4:21-mj-71116 MAG

Form CAND-CRIM-COVER (Rev. 11/16)

RESET FORM    SAVE PDF