UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

*CRIMINAL MINUTES*

| | | | |
|---|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: | 25 minutes |
| Date: | January 21, 2022 | | |
| Case No.: | **4:21-cr-00370-JST-1** | | |

**United States of America**　v.　**Donald Stephen Kyle**

　　　　　　　　　　　　　　　　　　　Defendant
　　　　　　　　　　　　　　　☑ Present
　　　　　　　　　　　　　　　☐ Not Present
　　　　　　　　　　　　　　　☐ In Custody

Jonathan Lee　　　　　　　　　　　　　　　　Angela Hansen
U.S. Attorney　　　　　　　　　　　　　　　　Defense Counsel

Courtroom Deputy Clerk: Mauriona Lee　　　　Reporter: Pamela Hebel

*PROCEEDINGS*

Change of Plea – held.

*RESULT OF HEARING*

1. The plea agreement was emailed to the court signed and filed in court. The Defendant was sworn. The Court found the Defendant to be fully competent and capable of entering into an informed plea. The plea is knowing and voluntary. The Court found a factual basis for the plea. The Defendant entered a plea of guilty as to Count One of the Information. The plea was accepted and the Defendant is adjudged guilty of the offense.
2. Sentencing set for May 13, 2022 at 9:30 a.m. in courtroom 6, 2nd floor.
3. Defendant will remain out of custody pending sentencing.