UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

*CRIMINAL MINUTES*

| | | | |
|---|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: | 1 hour 30 minutes |
| Date: | July 8, 2022 | | |
| Case No.: | **4:21-cr-00370-JST** | | |

**United States of America**   v.   **Donald Stephen Kyle**

☐ Defendant
☒ Present
☐ Not Present
☐ In Custody

Jonathan Lee                                          Angela Hansen
U.S. Attorney                                          Defense Counsel

U.S. Probation: Katrina Chu

Courtroom Deputy Clerk: Mauriona Lee          Reporter: Pamela Hebel

*PROCEEDINGS*

Sentencing – held.

*RESULT OF HEARING*

1. Sentencing held. The Defendant addressed the Court.
2. The Defendant is committed to the custody of the Bureau of Prisons for a term of 36 months; 10 years supervised release with the special conditions set forth in the judgment. The Defendant shall pay a special assessment in the amount of $100.00 due immediately. The Court finds the Defendant does not have the ability to pay and orders the fine and JVTA waived.
3. The Court recommends to the Bureau of Prisons the Defendant be designated to a facility as close as possible to the San Francisco Bay Area to facilitate visitation with partner.

4. A self-surrender date of: September 6, 2022 by Noon was set by the Court.  The Defendant shall surrender to his designated facility or to the United States Marshal by that date and time.
5. Restitution hearing set for August 26, 2022 at 2:00 p.m. in courtroom 6, 2nd floor.