| | |
|---|---|
| 1 | STEPHANIE M. HINDS (CABN 154284)<br>United States Attorney |
| 2 | |
| 3 | THOMAS A. COLTHURST (CABN 99493)<br>Chief, Criminal Division |
| 4 | JONATHAN U. LEE (CABN 148792)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 7 | Telephone: (415) 436-7210<br>FAX: (415) 436-7234 |
| 8 | Jonathan.Lee@usdoj.gov |

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR 21-370 JST |
| Plaintiff, | )<br>) | [~~PROPOSED~~] ORDER REGARDING RESTITUTION |
| v. | ) | |
| DONALD STEPHEN KYLE, | )<br>) | |
| Defendant. | ) | |

The Court having considered the stipulation of the government and defendant Donald Stephen Kyle ("defendant") with respect to restitution in this matter, and good cause appearing therefore, hereby ORDERS:

Restitution will be paid in the amounts specified to the following individuals listed in the table below, who are victims in this case, meaning they are individuals harmed as a result of a commission of a crime under Chapter 110 of Title 18, which includes defendant's crime, as provided in 18 U.S.C. § 2259(c):

///

///

///

[PROPOSED] ORDER REGARDING RESTITUTION
CR 21-370 JST

| Victim | Restitution Amount | Restitution to be Paid to: |
|---|---|---|
| John Doe 1 of the 8 Kids series | $3,000 | Tanya Hankins, Esq., in trust for John Doe 1 of the 8 Kids series, P.O. Box 1091, Tacoma, WA 98401 |
| John Doe 2 of the 8 Kids series | $3,000 | Tanya Hankins, Esq., in trust for John Doe 2 of the 8 Kids series, P.O. Box 1091, Tacoma, WA 98401 |
| John Doe 3 of the 8 Kids series | $3,000 | Tanya Hankins, Esq., in trust for John Doe 3 of the 8 Kids series, P.O. Box 1091, Tacoma, WA 98401 |
| John Doe 4 of the 8 Kids series | $3,000 | Tanya Hankins, Esq., in trust for John Doe 4 of the 8 Kids series, P.O. Box 1091, Tacoma, WA 98401 |
| John Doe 5 of the 8 Kids series | $3,000 | Tanya Hankins, Esq., in trust for John Doe 5 of the 8 Kids series, P.O. Box 1091, Tacoma, WA 98401 |
| Andy of the Sponge Bob series | $5,000 | Marsh Law Firm PLLC in trust for Andy of the Sponge Bob series Attn: Andy, 548 Market Street, #65135, San Francisco, CA 94104-5401 |
| Jessy of the Surfer Hair series | $4,000 | Deborah A. Bianco, in trust for Jessy of the Surfer Hair series PO Box 6503, Bellevue, WA 98008 |

Mr. Kyle will pay $15,000 immediately, consisting of $10,000 he will borrow from a family member before his self-surrender date of September 7, 2022, plus $5,000 from the bond relating to his pretrial release, after he surrenders. The $15,000 payment will be made on or before October 8, 2022. The remaining amount of $9,000 will be paid by Mr. Kyle during his term of incarceration at no less than $25 per yearly quarter (with payment through the Bureau of Prisons Inmate Financial Responsibility Program) followed by monthly payments of not less than $250 or at least 10 percent of earnings, whichever is greater, while on supervised release until he has paid the total amount of restitution ($24,000). If defendant's economic circumstances change, the probation office may petition the Court to have the monthly contribution amount increased. The parties agree that the Court should order interest waived on this restitution.

During imprisonment, payment of the restitution is due at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program. Once the defendant is on supervised release, restitution must be paid in monthly payments of not less than $250 or at least 10 percent of earnings, whichever is greater, to commence no later than 60 days from placement on supervision. Notwithstanding any payment schedule set by the court, the United States Attorney's Office may pursue collection through all available means in accordance with 18 U.S.C. §§ 3613 and 3664(m). The restitution payments shall be made to the Clerk of U.S. District Court, Attention: Financial Unit, 450 Golden Gate Ave., Box 36060, San Francisco, CA 94102.

[PROPOSED] ORDER REGARDING RESTITUTION
CR 21-370 JST

1  The Court determines that the defendant does not have the ability to pay interest and orders that
2  the interest requirement is waived for the restitution ordered.

3  The restitution hearing currently scheduled for August 26, 2022, is hereby vacated.

4  IT IS SO ORDERED.

6  August 9, 2022
7  DATE

HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE